1   JULIAN M. BAUM (CA State Bar No. 130892)
    LISA A. LAWRENCE (CA State Bar No. 132310)
2   **JULIAN M. BAUM & ASSOCIATES**
    9 Tenaya Lane
3   Novato, California 94947
    Telephone: (415) 892-3152
4   Facsimile:  (888) 452-3849
    E-Mail: JMB@JMBLawGroup.Com
5           LAL@JMBLawGroup.Com

6   Attorneys for Plaintiff

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12
    KAREN A. RICKMAN,                    )
13                                       )  Case No. C 11-01535 EJD
    an individual,                       )
14                                       )  STIPULATION AND [Proposed]
    vs.                                  )  ORDER CONTINUING CASE MANAGEMENT
15                                       )  CONFERENCE PENDING COURT-ORDERED
    SONY CORPORATION OF AMERICA          )  MEDIATION
16  LONG TERM DISABILITY PLAN; SONY      )
    ELECTRONICS, INC., in its capacity as Plan )
17  Administrator,                       )
                                         )
18          Defendants.                  )
                                         )
19                                       )
                                         )
20  _____)

21
    1.      The parties have agreed to mediate the action, and the Court appointed JAMS mediator
22
    Catherine C. Yanni  to conduct the mediation within 90 days of the Court's August 9, 2011
23
    Order, *i.e*., by November 7, 2011  [See Docket Nos. 15 and 16].
24
    2.      A Case Management Conference is presently scheduled to be conducted by the Court on
25
    August 26, 2011. [Docket No. 11].
26

27

28
    _____
    STIPULATION AND PROPOSED ORDER          Page 1 of 2          Case No. C 11-01535 EJD
    CONTINUING CASE MANAGEMENT CONFERENCE

3.      The parties hereby stipulate and respectfully request that the Court continue the Case Management Conference until after the ordered mediation, which mediation is to be completed by November 7, 2011.

Dated: August 17, 2011                          Respectfully submitted,

                                                JULIAN M. BAUM & ASSOCIATES


                                                    /s/ by Julian M. Baum
                                                by_____
                                                    JULIAN M. BAUM
                                                    Attorneys for Plaintiff

Dated:  August 17, 2011                         WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP


                                                    /s/ Shivani Nanda
                                                by_____
                                                    Shivani Nanda
                                                    Attorneys for Defendants

## ORDER

       The parties having stipulated as set forth above,

       **IT IS SO ORDERED.  The initial Case Management Conference is continued to the following date and time:**

_December 9_____**, 2011 at** __10:00__ **a.m.**  On or before **December 2, 2011** the parties shall file a joint case management conference statement.


DATED:  August __18__ 2011              _____
                                        **EDWARD J. DAVILA**
                                        United States District Judge

**DECLARATION RE CONCURRENCE OF SIGNATORIES**

**UNITED STATES DISTRICT COURT, N.D. CAL.**

**GENERAL ORDER 45**

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories whose signature is indicated by the notation " /s/ [name of signatory]."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 17, 2011                     /s/ Julian M. Baum

                                              Julian M. Baum