1  JULIAN M. BAUM (CA State Bar No. 130892)
   LISA A. LAWRENCE (CA State Bar No. 132310)
2  **JULIAN M. BAUM & ASSOCIATES**
   9 Tenaya Lane
3  Novato, California 94947
   Telephone: (415) 892-3152
4  Facsimile:  (888) 452-3849
   E-Mail: JMB@JMBLawGroup.Com
5           LAL@JMBLawGroup.Com

6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KAREN A. RICKMAN, | ) | Case No. C 11-01535 EJD |
|---|---|---|
| an individual, | ) | |
| vs. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT |
| SONY CORPORATION OF AMERICA LONG TERM DISABILITY PLAN; SONY ELECTRONICS, INC., in its capacity as Plan Administrator, | ) | Case Management Conference: |
| | ) | Date:       December 9, 2011 |
| Defendants. | ) | Time:       10:00 a.m. |
| | ) | Courtroom: Hon. Edward J. Davila |
| | ) |                  United States District Judge |

STIPULATION AND ~~PROPOSED~~ ORDER          Page 1 of 2          Case No. C 11-01535 EJD
CONTINUING CASE MANAGEMENT CONFERENCE

The parties jointly stipulate and respectfully request that the Court continue the scheduled Case Management Conference for approximately 21 days or such other date thereafter convenient to the Court's calendar ((*i.e.* to December 23, 2011 or thereafter). The parties are in the final stages of a complete settlement, following mediation before the Court appointed JAMS mediator, Catherine C. Yanni.

Dated: December 1, 2011             Respectfully submitted,

                                    JULIAN M. BAUM & ASSOCIATES

                                         */s/ by Julian M. Baum*
                                    by_____
                                         JULIAN M. BAUM
                                         Attorneys for Plaintiff

Dated:  December 1, 2011            WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP

                                         */s/ by Sean P. Nalty*
                                    by_____
                                         Sean P. Nalty
                                         Attorneys for Defendants

## ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.  The initial Case Management Conference is continued to the following date and time:**

January 6, 2012, at 10:00 a.m.  The parties shall file a Joint Case Management Statement on or before December 30, 2011.

DATED:  December __7__ 2011        _____
                                    EDWARD J. DAVILA
                                    United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER         Page 2 of 2        Case No. C 11-01535 EJD
CONTINUING CASE MANAGEMENT CONFERENCE