1  JULIAN M. BAUM (CA State Bar No. 130892)
   LISA A. LAWRENCE (CA State Bar No. 132310)
2  **JULIAN M. BAUM & ASSOCIATES**
   9 Tenaya Lane
3  Novato, California 94947
   Telephone: (415) 892-3152
4  Facsimile:  (888) 452-3849
   E-Mail: JMB@JMBLawGroup.Com
5          LAL@JMBLawGroup.Com

6  Attorneys for Plaintiff

7

8

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11

12

13  KAREN A. RICKMAN,                  )
                                       ) Case No. C 11-01535 EJD
14  an individual,                     )
                                       ) STIPULATION AND [PROPOSED]
15  vs.                                ) ORDER CONTINUING CASE MANAGEMENT
                                       ) CONFERENCE PENDING SETTLEMENT
16  SONY CORPORATION OF AMERICA        )
    LONG TERM DISABILITY PLAN; SONY    )
17  ELECTRONICS, INC., in its capacity as Plan ) Case Management Conference:
    Administrator,                     )
18                                     ) Date:      December 9, 2011
         Defendants.                   ) Time:      10:00 a.m.
19                                     ) Courtroom: Hon. Edward J. Davila
                                       )            United States District Judge
20                                     )
                                       )
21                                     )

22  _____

23

24

25

26

27

28  STIPULATION AND ~~PROPOSED~~ ORDER        Page 1 of 2        Case No. C 11-01535 EJD
    CONTINUING CASE MANAGEMENT CONFERENCE

The parties jointly stipulate and respectfully request that the Court continue the scheduled Case Management Conference for approximately 21 days or such other date thereafter convenient to the Court's calendar ((*i.e.* to December 23, 2011 or thereafter).  The parties are in the final stages of a complete settlement, following mediation before the Court appointed JAMS mediator, Catherine C. Yanni.

Dated: December 1, 2011	Respectfully submitted,

JULIAN M. BAUM & ASSOCIATES

by  */s/ by Julian M. Baum*
_____
JULIAN M. BAUM
Attorneys for Plaintiff

Dated:  December 1, 2011	WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

by  */s/ by Sean P. Nalty*
_____
Sean P. Nalty
Attorneys for Defendants

**ORDER**

The parties having stipulated as set forth above,

**IT IS SO ORDERED.  The initial Case Management Conference is continued to the following date and time:**

January 6, 2012, at 10:00 a.m.  The parties shall file a Joint Case Management Statement on or before December 30, 2011.

DATED:  December __7__ 2011

_____
EDWARD J. DAVILA
United States District Judge