1  JULIAN M. BAUM (CA State Bar No. 130892)
   LISA A. LAWRENCE (CA State Bar No. 132310)
2  **JULIAN M. BAUM & ASSOCIATES**
   9 Tenaya Lane
3  Novato, California 94947
   Telephone: (415) 963-4424
4  Facsimile: (888) 452-3849
   E-Mail: JMB@JMBLawGroup.Com
5          LAL@JMBLawGroup.Com

6  Attorneys for Plaintiff

7  SEAN P. NALTY  (CA State Bar No. 121253)
   SHIVANI NANDA  (CA State Bar No. 253891)
8  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
9  525 Market Street, 17th Floor
   San Francisco, CA 94105
10 Telephone:  (415) 433-0990
   Facsimile:  (415)  434-1370
11 E-Mail:   Sean.nalty@wilsonelser.com
             Shivani.nanda@wilsonelser.com
12
   Attorneys for Defendants
13

14

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17

18 KAREN A. RICKMAN,                          )
                                              ) Case No. C 11-01535 EJD
19 an individual,                             )
                                              ) STIPULATION OF DISMISSAL
20 vs.                                        ) [FED. R. CIV. P. 41(a)(1)(A)(ii)]
                                              )
21 SONY CORPORATION OF AMERICA                )
   LONG TERM DISABILITY PLAN; SONY            ) Hon. Edward J. Davila
22 ELECTRONICS, INC., in its capacity as Plan ) United States District Judge
   Administrator,                             )
23                                            )
          Defendants.                         )
24                                            )
                                              )
25                                            )
                                              )
26                                            )
                                              )
27 ─────────────────────────────

28  STIPULATION OF DISMISSAL              Page 1 of 2          Case No. C 11-01535 EJD

1  Pursuant to Fed. R. Civ. P. 4141(a)(1)(A)(ii), the parties stipulate and respectfully
2  request the dismissal of the action in its entirety.
3
4  Dated: January 24, 2012                Respectfully submitted,
5                                          JULIAN M. BAUM & ASSOCIATES
6
                                            /s/ by Julian M. Baum
7                                          by_____
                                            JULIAN M. BAUM
8                                          Attorneys for Plaintiff
9  Dated:  January 24, 2012               WILSON, ELSER, MOSKOWITZ,
10                                           EDELMAN & DICKER LLP
11                                          /s/ by Sean P. Nalty
                                            by_____
12                                          Sean P. Nalty
                                            Attorneys for Defendants
13
14
15                              [~~Proposed~~] ORDER
16  The parties having so stipulated, **IT IS SO ORDERED.**
17  The Clerk shall close this file.
18
19  DATED:  January 26, 2012               _____
20                                          **EDWARD J. DAVILA**
                                            United States District Judge
21
...
28  STIPULATION OF DISMISSAL        Page 2 of 2        Case No. C 11-01535 EJD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION RE CONCURRENCE OF SIGNATORIES**

**UNITED STATES DISTRICT COURT, N.D. CAL.**

**GENERAL ORDER 45**

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories whose signature is indicated by the notation " /s/ [name of signatory]."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 24, 2012               /s/ Julian M. Baum

                                      Julian M. Baum