JULIAN M. BAUM (CA State Bar No. 130892)
LISA A. LAWRENCE (CA State Bar No. 132310)
**JULIAN M. BAUM & ASSOCIATES**
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 963-4424
Facsimile:  (888) 452-3849
E-Mail: JMB@JMBLawGroup.Com
          LAL@JMBLawGroup.Com

Attorneys for Plaintiff

SEAN P. NALTY  (CA State Bar No. 121253)
SHIVANI NANDA  (CA State Bar No. 253891)
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:  (415) 433-0990
Facsimile:  (415)  434-1370
E-Mail:   Sean.nalty@wilsonelser.com
            Shivani.nanda@wilsonelser.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN A. RICKMAN, an individual, vs. SONY CORPORATION OF AMERICA LONG TERM DISABILITY PLAN; SONY ELECTRONICS, INC., in its capacity as Plan Administrator, Defendants. | Case No. C 11-01535 EJD<br><br>STIPULATION OF DISMISSAL [FED. R. CIV. P. 41(a)(1)(A)(ii)]<br><br>Hon. Edward J. Davila<br>United States District Judge |

STIPULATION OF DISMISSAL        Page 1 of 2        Case No. C 11-01535 EJD

1  Pursuant to Fed. R. Civ. P. 4141(a)(1)(A)(ii), the parties stipulate and respectfully
2  request the dismissal of the action in its entirety.

4  Dated: January 24, 2012                Respectfully submitted,

5                                         JULIAN M. BAUM & ASSOCIATES

7                                           /s/ by Julian M. Baum
                                         by_____
                                            JULIAN M. BAUM
8                                           Attorneys for Plaintiff

9  Dated:  January 24, 2012               WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP
10

11                                          /s/ by Sean P. Nalty
                                         by_____
12                                          Sean P. Nalty
                                            Attorneys for Defendants

15                         [~~Proposed~~] ORDER

16    The parties having so stipulated, **IT IS SO ORDERED.**
17    The Clerk shall close this file.

19  DATED: January 26, 2012                _____
                                            **EDWARD J. DAVILA**
20                                          United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION RE CONCURRENCE OF SIGNATORIES**

**UNITED STATES DISTRICT COURT, N.D. CAL.**

**GENERAL ORDER 45**

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories whose signature is indicated by the notation " /s/ [name of signatory]."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 24, 2012                    /s/ Julian M. Baum

                                           Julian M. Baum